IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **07-cv-1471-JLK-MEH**

**CONNIE SMITH,**

    Plaintiff,

v.

**UNUM LIFE INSURANCE COMPANY OF AMERICA,**

    Defendant.

## ORDER OF DISMISSAL

**Kane, J.**

The Parties' Stipulation for Dismissal With Prejudice is APPROVED. This action is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

Dated at Denver, Colorado this 8th day of February, 2008.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT